| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820) |
| | United States Attorney |
| 2 | MICHELLE LO (NYBN 4325163) |
| | Chief, Civil Division |
| 3 | EMMET P. ONG (NYBN 4581369) |
| 4 | Assistant United States Attorney |
| 5 | 1301 Clay Street, Suite 340S |
| | Oakland, California 94612-5217 |
| 6 | Telephone: (510) 637-3929 |
| 7 | Facsimile: (510) 637-3724 |
| | E-mail: emmet.ong@usdoj.gov |
| 8 | |
| | Attorneys for UNITED STATES OF AMERICA |

Simplified layout:

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3929
Facsimile: (510) 637-3724
E-mail: emmet.ong@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* JOHN DOE,<br><br>　　Plaintiffs,<br><br>　v.<br><br>GREENBROOK TMS, INC. *et al.*,<br><br>　　Defendants. | Civil Action No. 4:22-cv-08864-DMR<br><br>**UNITED STATES' AND STATE OF CALIFORNIA'S NOTICE OF CONSENT TO DISMISSAL; ORDER** |

On June 20, 2023, Relator filed a Notice of Voluntary Dismissal of this action. Dkt. No. 10. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and Cal Ins. Code § 1871.7(e)(1), the Attorney General of the United States, the California Insurance Commissioner, and the Alameda County District Attorney hereby notify the Court that they consent to the dismissal of this action without prejudice to the rights of the United States and the State of California, based on their determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

DATED: June 20, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ Emmet P. Ong*
EMMET P. ONG
Assistant United States Attorney

*Attorneys for United States of America*

DATED: June 20, 2023

Respectfully submitted,

CALIFORNIA DEPARTMENT OF INSURANCE

 /s/ Nathaniel Spencer-Mork
NATHANIEL SPENCER-MORK

*Attorneys for Ricardo Lara, California Insurance Commissioner*

DATED: June 20, 2023

PAMELA Y. PRICE
Alameda County District Attorney

/s/ Carlos J.E. Guzmán
CARLOS J.E. GUZMÁN
Deputy District Attorney

*Alameda County District Attorney's Office*

*In compliance with Civil L.R. 5-1(h)(3), the filer of this document attests under penalty of perjury that each of the other Signatories have concurred in the filing of this document.

**ORDER**

For the reasons set forth in the United States' and the State of California's Notice of Consent to Dismissal, this case is dismissed without prejudice to the United States and the State of California.

IT IS SO ORDERED.

DATED: June 21, 2023

_____
HON. DONNA M. RYU
United States Chief Magistrate Judge